# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUNLAP, HENRY L. | § | Case No. 09-17564 |
| DUNLAP, ROCHELLE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/28/2010 in Courtroom 619,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/26/2010          By: */s/ Barry A. Chatz, Trustee*

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola          Page 1 of 2          Date Rcvd: Sep 16, 2010
Case: 09-17564               Form ID: pdf006         Total Noticed: 40
```

The following entities were noticed by first class mail on Sep 18, 2010.
```
db/jdb     +Henry L. Dunlap,   Rochelle Dunlap,   7940 S. Dorchester,   Chicago, IL 60619-3409
aty        +Elisabeth A Mohr,   Ledford & Wu,   200 S. Michigan,   Suite 209,   Chicago, IL 60604-2406
aty        +Michael Bane,   Law Offices of Ernesto D. Borges,   105 W. Madison Ave.,   Suite 2300,
             Chicago, IL 60602-4647
aty        +Richard C Perna,   Fuchs & Roselli Ltd,   440 W Randolph Street  Suite 500,
             Chicago, IL 60606-7211
aty        +Tejal S. Desai,   Fuchs & Roselli, Ltd.,   440 W. Randolph Street,   Suite 500,
             Chicago, IL 60606-7211
tr         +Barry A Chatz,   Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
13917586   +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
15419498    American Express Bank, FSB,   POB 3001,   Malvern, PA 19355-0701
13917587   +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
13917591   ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
            (address filed with court:  Chrysler Financial,   PO Box 8065,   Royal Oak, MI 48068)
13917588   +Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,   Norcross, GA 30091-5155
13917589   +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
15397912    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13917590   +Chicago Patrolmans Fcu,   1359 W. Washington,   Chicago, IL 60607-1905
13917592   +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13917593   +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
13917594   +Credit Protection Asso,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
13917595   +Dell Financial Services,   Attn: Bankruptcy Dept.,   12234 North Ih 35,   Austin, TX 78753-1724
13917601   +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
15419662   +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
13917602   +Peoples Gas,   C/O Bankruptcy Department,   130 E. Randolph Drive,   Chicago, IL 60601-6302
13917604   +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
13917605   +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
13917606   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court:  Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
             Cincinnati, OH 45201)
13917607   +WEST GATE RESORTS,   2801 PROFESSIONAL PARKWAY,   Ocoee, FL 34761-2965
13917608   +Wf Fin Bank,   Po Box 182273,   Columbus, OH 43218-2273
13917609   +Wffinancial,   1191 E Dundee Rd,   Palatine, IL 60074-8306
```

The following entities were noticed by electronic transmission on Sep 16, 2010.
```
15359418    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2010 01:47:36
             American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK 73124-8866
15732583    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 17 2010 01:47:36
             Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
             Oklahoma City, OK 73124-8809
15580249   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33
             GE Money Bank dba JCPENNEY CREDIT SERVICES,   Care of Recovery Management Systems Corp,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15580251   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33    GE Money Bank dba LENSCRAFTERS/GEMB,
             Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15580253   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33    GE Money Bank dba LOWES CONSUMER,
             Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15580252   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33    GE Money Bank dba QCARD,
             Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15580250   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33    GE Money Bank dba SAM'S CLUB,
             Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13917596   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33    GEMB / HH Gregg,
             Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13917597   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:32    Gemb/jcp,   Attention: Bankruptcy,
             Po Box 103106,   Roswell, GA 30076-9106
13917598   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33    Gemb/qvc,   Attention: Bankruptcy,
             Po Box 103106,   Roswell, GA 30076-9106
13917599   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33    Gemb/sams Club Dc,
             Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
13917600   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33    Lowes / MBGA,
             Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
13917603   +E-mail/PDF: gecsedi@recoverycorp.com Sep 17 2010 01:37:33    Sams Club,
             Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                        TOTAL: 13
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Barry A Chatz,   Arnstein & Lehr,   120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1        User: rmarola          Page 2 of 2          Date Rcvd: Sep 16, 2010
Case: 09-17564             Form ID: pdf006         Total Noticed: 40
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2010**                    **Signature:**