# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
DUNLAP, HENRY L. § Case No. 09-17564
DUNLAP, ROCHELLE §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BARRY A. CHATZ_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chrysler Financial PO Box 8065 Royal Oak, MI 48068 |  |  |  |  |  |
|  | WEST GATE RESORTS 2801 PROFESSIONAL PARKWAY Ocoee, FL 34761 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wffinancial 1191 E Dundee Rd Palatine, IL 60074 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| FUCHS & ROSELLI, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Bac / Fleet Bankcard Po Box 26012 Greensboro, NC 27420 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Chicago Patrolmans Fcu 1359 W. Washington Chicago, IL 60607 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Protection Asso 13355 Noel Rd Ste 2100 Dallas, TX 75240 | | | | | |
| | Dell Financial Services Attn: Bankruptcy Dept. 12234 North Ih 35 Austin, TX 78753 | | | | | |
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Gemb/qvc Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Gemb/sams Club Dc Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Lowes / MBGA Attention: Bankruptcy Department Po Box 103106 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Peoples Gas C/O Bankruptcy Department 130 E. Randolph Drive Chicago, IL 60602 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Tnb-visa Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Tnb-visa Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| | Wf Fin Bank Po Box 182273 Columbus, OH 43218 | | | | | |
| | Wf Fin Bank Po Box 182273 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000018 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | GE MONEY BANK DBA JCPENNEY CREDIT S | | | | | |
| 000012 | GE MONEY BANK DBA LENSCRAFTERS/GEMB | | | | | |
| 000014 | GE MONEY BANK DBA LOWES CONSUMER | | | | | |
| 000013 | GE MONEY BANK DBA QCARD | | | | | |
| 000011 | GE MONEY BANK DBA SAM'S CLUB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | GE MONEY BANK DBA SAM'S CLUB | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000016 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000017 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-17564    JPC    Judge: JACQUELINE P. COX | |
| Case Name: | DUNLAP, HENRY L. | |
| | DUNLAP, ROCHELLE | |
| For Period Ending: | 12/31/11 | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Date Filed (f) or Converted (c): | 05/14/09 (f) |
| 341(a) Meeting Date: | 06/29/09 |
| Claims Bar Date: | 06/24/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 7940 S. DORCHESTER, CHICAGO IL 60619 | 160,962.00 | 0.00 | DA | 0.00 | FA |
| 2. CFI RESORTS MANAGEMENT, INC. TIMESHARE | 0.00 | Unknown | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH HARRIS BANK | 568.00 | 568.00 | DA | 0.00 | FA |
| 4. SAVINGS ACCOUNT WITH CHICAGO POLICE PATROLMANS CRE | 90.00 | 90.00 | DA | 0.00 | FA |
| 5. MISCELLANEOUS USED HOUSEHOLD GOODS | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 6. MISCELLANEOUS BOOKS, TAPES, CD'S, ETC. | 500.00 | 500.00 | DA | 0.00 | FA |
| 7. PERSONAL USED CLOTHING MISCELLANEOUS USED HOUSEHOL | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 8. MISCELLANEOUS JEWELRY | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 9. .44 MAGNUM SMITH AND WESSON .357 686 SMITH AND WES | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 10. TERM LIFE INS. W/ EMPLOYER - NO CASH SURRENDER VAL | 0.00 | Unknown | DA | 0.00 | FA |
| 11. WHOLE LIFE WITH NEW YORK LIFE | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 12. POLICEMANS PENSION UNKNOWN VALUE, 100% PROTECTED | 0.00 | Unknown | DA | 0.00 | FA |
| 13. 2005 JEEP GRAND CHEROKEE LAREDO SPORT UTILITY 4D W | 9,675.00 | 9,675.00 | DA | 0.00 | FA |
| 14. LITIGATION | 0.00 | 10,000.00 | DA | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 0.85 | FA |
| TOTALS (Excluding Unknown Values) | $180,295.00 | $29,333.00 | | $10,000.85 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

WAITING FOR $0 BANK BALANCE STATEMENT; PREPARE AND FILE FINAL ACCOUNT

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 16.01c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-17564    JPC    Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
| Case Name: | DUNLAP, HENRY L. | Date Filed (f) or Converted (c): | 05/14/09 (f) |
| | DUNLAP, ROCHELLE | 341(a) Meeting Date: | 06/29/09 |
| | | Claims Bar Date: | 06/24/10 |

Initial Projected Date of Final Report (TFR): 06/30/10    Current Projected Date of Final Report (TFR): 09/15/10

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-17564 -JPC | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | DUNLAP, HENRY L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | DUNLAP, ROCHELLE | | Account Number / CD #: | *******0148 BofA - Money Market Account |
| Taxpayer ID No: | *******1376 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/30/10 | 14 | WELLS FARGO BANK, N.A.<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS, MN 55479 | LITIGATION SETTLEMENT | 1149-000 | 10,000.00 | | 10,000.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.21 | | 10,000.21 |
| 05/25/10 | | Transfer to Acct #*******6508 | Bank Funds Transfer | 9999-000 | | 3,049.50 | 6,950.71 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 6,950.94 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,951.12 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,951.29 |
| 08/11/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 6,951.35 |
| 08/11/10 | | Transfer to Acct #*******6508 | Final Posting Transfer | 9999-000 | | 6,951.35 | 0.00 |

|  |  |
| --- | --- |
| COLUMN TOTALS | 10,000.85  10,000.85  0.00 |
| Less: Bank Transfers/CD's | 0.00  10,000.85 |
| Subtotal | 10,000.85  0.00 |
| Less: Payments to Debtors | 0.00 |
| Net | 10,000.85  0.00 |

Page Subtotals 10,000.85 10,000.85

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17564 -JPC | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | DUNLAP, HENRY L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | DUNLAP, ROCHELLE | | Account Number / CD #: | *******6508 BofA - Checking Account |
| Taxpayer ID No: | *******1376 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/25/10 | | Transfer from Acct #*******0148 | Bank Funds Transfer | 9999-000 | 3,049.50 | | 3,049.50 |
| 05/25/10 | 003001 | FUCHS & ROSELLI, LTD. | ATTORNEY FOR TRUSTEE PER 5/18/2010 COURT ORDER | 3210-000 | | 3,049.50 | 0.00 |
| 08/11/10 | | Transfer from Acct #*******0148 | Transfer In From MMA Account | 9999-000 | 6,951.35 | | 6,951.35 |
| 08/11/10 | 003002 | ILLINOIS DEPARTMENT OF REVENUE P.O. BOX 19009 SPRINGIFELD, IL 62794-9009 | PRIORITY TAX CLAIMS 507(a)(8) | 2820-000 | | 73.00 | 6,878.35 |
| 10/28/10 | 003003 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.09 | 5,128.26 |
| 10/28/10 | 003004 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 22.00 | 5,106.26 |
| 10/28/10 | 003005 | POPOWCER KATTEN, LTD. 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601-2207 | Claim 000019, Payment 100.00000% ACCOUNTANT FOR TRUSTEE FOR PREPARATION OF TAX RETURNS | 3410-000 | | 752.50 | 4,353.76 |
| 10/28/10 | 003006 | American Infosource Lp As Agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Claim 000001, Payment 6.23281% | 7100-000 | | 49.39 | 4,304.37 |
| 10/28/10 | 003007 | American Infosource Lp As Agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Claim 000002, Payment 6.23184% | 7100-000 | | 44.60 | 4,259.77 |
| 10/28/10 | 003008 | Chase Bank USA, N.A. PO Box 15145 | Claim 000003, Payment 6.23234% | 7100-000 | | 403.03 | 3,856.74 |

Page Subtotals  10,000.85  6,144.11

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-17564 -JPC | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | DUNLAP, HENRY L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | DUNLAP, ROCHELLE | | Account Number / CD #: | *******6508 BofA - Checking Account |
| Taxpayer ID No: | *******1376 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/28/10 | 003009 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000004, Payment 6.23237% | 7100-000 | | 303.55 | 3,553.19 |
| 10/28/10 | 003010 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 6.23234% | 7100-000 | | 253.40 | 3,299.79 |
| 10/28/10 | 003011 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 6.23279% | 7100-000 | | 121.81 | 3,177.98 |
| 10/28/10 | 003012 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000007, Payment 6.23233% | 7100-000 | | 316.59 | 2,861.39 |
| 10/28/10 | 003013 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000008, Payment 6.23239% | 7100-000 | | 750.71 | 2,110.68 |
| 10/28/10 | 003014 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000009, Payment 6.23264% | 7100-000 | | 150.55 | 1,960.13 |
| 10/28/10 | 003015 | GE Money Bank dba JCPENNEY CREDIT SERVICES Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000010, Payment 6.23224% | 7100-000 | | 121.49 | 1,838.64 |
| | | | Page Subtotals | | 0.00 | 2,018.10 | |

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17564 -JPC | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | DUNLAP, HENRY L. | | Bank Name: | BANK OF AMERICA, N.A. |
| | DUNLAP, ROCHELLE | | Account Number / CD #: | *******6508  BofA - Checking Account |
| Taxpayer ID No: | *******1376 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/28/10 | 003016 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000011, Payment 6.23236% | 7100-000 | | 156.74 | 1,681.90 |
| 10/28/10 | 003017 | GE Money Bank dba LENSCRAFTERS/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000012, Payment 6.23130% | 7100-000 | | 8.33 | 1,673.57 |
| 10/28/10 | 003018 | GE Money Bank dba QCARD<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000013, Payment 6.23235% | 7100-000 | | 32.44 | 1,641.13 |
| 10/28/10 | 003019 | GE Money Bank dba LOWES CONSUMER<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000014, Payment 6.23246% | 7100-000 | | 246.13 | 1,395.00 |
| 10/28/10 | 003020 | GE Money Bank dba SAM'S CLUB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Claim 000015, Payment 6.23250% | 7100-000 | | 315.03 | 1,079.97 |
| 10/28/10 | 003021 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000016, Payment 6.23278% | 7100-000 | | 15.38 | 1,064.59 |
| 10/28/10 | 003022 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000017, Payment 6.23249% | 7100-000 | | 367.78 | 696.81 |

Page Subtotals       0.00       1,141.83

Ver: 16.01c

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-17564 -JPC | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | DUNLAP, HENRY L. | Bank Name: | BANK OF AMERICA, N.A. |
| | DUNLAP, ROCHELLE | Account Number / CD #: | *******6508 BofA - Checking Account |
| Taxpayer ID No: | *******1376 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/28/10 | 003023 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000018, Payment 6.23237% | 7100-000 | | 696.81 | 0.00 |

```
                                    COLUMN TOTALS                        10,000.85      10,000.85          0.00
                                        Less: Bank Transfers/CD's        10,000.85           0.00
                                    Subtotal                                  0.00      10,000.85
                                        Less: Payments to Debtors                            0.00
                                    Net                                       0.00      10,000.85
                                                                                             NET           ACCOUNT
                                    TOTAL - ALL ACCOUNTS              NET DEPOSITS     DISBURSEMENTS       BALANCE
                                    BofA - Money Market Account - ********0148  10,000.85    0.00           0.00
                                    BofA - Checking Account - ********6508           0.00  10,000.85        0.00
                                                                      -----------     -----------       -----------
                                                                      10,000.85       10,000.85             0.00
                                                                      ===========     ===========       ===========
                                                                    (Excludes Account (Excludes Payments   Total Funds
                                                                     Transfers)        To Debtors)         On Hand
```

Page Subtotals   0.00   696.81

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*